1    E. MARTIN ESTRADA
     United States Attorney
2    MACK E. JENKINS
     Assistant United States Attorney
3    Chief, Criminal Division
     SUSAN S. HAR (Cal. Bar No. 301924)
4    J. JAMARI BUXTON (Cal. Bar No. 342364)
     Assistant United States Attorneys
5    Public Corruption and Civil Rights Section
     1500 United States Courthouse
6    312 North Spring Street
     Los Angeles, California 90012
7    Telephone: (213) 894-3289/3519
     Facsimile: (213) 894-7631
8    Email:      Susan.Har@usdoj.gov
                 Jamari.Buxton@usdoj.gov
9

10   Attorneys for Plaintiff
     UNITED STATES OF AMERICA
11

12

13                    UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15   UNITED STATES OF AMERICA,        No. 2:21-cr-00540-SB

16             Plaintiff,             STIPULATION TO CONTINUE SENTENCING
                                      HEARING
17        v.
                                      CURRENT SENTENCING DATE:
18   PAUL O. PARADIS,                     04/25/2023 at 8:00 a.m.

19             Defendant.             PROPOSED FINAL SENTENCING DATE:
                                          06/27/2023 at 8:00 a.m.
20
                                      REDACTED VERSION – PUBLICLY FILED
21

22

23

24

25

26

27

28

1    Plaintiff United States of America, by and through its counsel

2    of record, the United States Attorney for the Central District of

3    California and Assistant United States Attorneys J. Jamari Buxton

4    and Susan S. Har, and defendant Paul O. Paradis, by and through his

5    counsel of record, David Scheper and Jeffrey Steinfeld, hereby

6    stipulate as follows:

7         1.   On November 29, 2021, the government filed a one-count

8    information charging defendant Paul O. Paradis ("Paradis") with

9    Bribery Concerning Programs Receiving Federal Funds, in violation

10   of 18 U.S.C. § 666(a)(1)(B), and an accompanying cooperation plea

11   agreement.  (Dkts. 1, 6.)

12        2.   The cooperation plea agreement requires, among other

13   things, that Paradis "cooperate fully with the USAO [United States

14   Attorney's Office], the Federal Bureau of Investigation, and, as

15   directed by the USAO, any other federal, state, local, or foreign

16   prosecuting, enforcement, administrative, regulatory, or licensing

17   authority, including the Bar of any state."  (Dkt. 6 at 2.)

18        3.   On January 28, 2022, Paradis appeared before the Court

19   and entered his guilty plea to the information.  (Dkt. 20.)  The

20   Court set the sentencing hearing for July 19, 2022.  (Id.)  At that

21   time, the government informed the Court that Paradis' cooperation

22   was ongoing and that the parties may seek a continuance of the

23   sentencing date to allow for additional cooperation.

24        4.   ████████████████████████████████

25   ██████████████████████████████████████████

26   ██████████████████████████████████████████

27   ██████████████████████████████████████████

28   ██████████████████████████████████████████

1

1  ██████████████████████████████████████

2  ████████████████████████████████████████

3  ████████████████████████████████████████

4  █████████████████████████████████████████

5  ████████████████████████████████████████

6  ████████████████████████████████████████

7  █████████████████████████████████████████

8  ██████████████████████████████████

9  ████████████████████████████████████████

10  ████████████████████████████████████████

11  █████████████████████████████████████████

12  █████████████████████████████████████████

13  ███████████████████████████████████████

14  ████████████████████████████████████████

15  ████████████████████████████████████████

16  ████████████

17      5.    ███████████████████████████████████████

18  ███████████████████████████████████████

19  ████████████████████████████

20      6.    On June 28, 2022, the parties filed a stipulation to

21  continue Paradis' sentencing hearing ████████████████████████

22  ████████████████████████████████████████████

23  (Dkt. 27.) ██████████████████████████████████████

24  ███████████████████████████████████████

25  ██████████████

26      7.    On June 29, 2022, the Court granted the parties'

27  stipulation and continued Paradis' sentencing to November 22, 2022.

28  (Dkt. 29.)

1

1    8.    On October 27, 2022, the parties filed a second

2  stipulation to continue Paradis' sentencing, this time to April

3  2023 ███████████████████████████████████████████

4  ████████████████████████████████████████    (Dkt.

5  31.) ████████████████████████████████████████

6  ██████████████████████████████████████████████

7  ██████████████████████████████████████████████

8  ████████████████████████████████████

9  ████████████████████████████████████████████

10 ██████████████████████████████

11   9.    ████████████████████████████████████

12 ██████████████████████████████████████████████

13 ███████████████████████████████████████████

14 ██████████████████████████████████████████████

15 ██████████████████████████████████████████████

16 ██████████████████████████████████████████████

17 █████████████████████████████████████████████

18 ██████████████████████████████████████████████

19 █████████████████████████████████████████████

20 ██████████████████████████████████████████████

21 ████████████████████████████████████████████

22 ██████████████████████████████████████████████

23 █████████████████████████████████████████████

24 █████████████████████████████████████████████

25 ██

26    10.    On November 2, 2022, the Court granted the parties'

27 request and set Paradis' sentencing for April 25, 2023.   (Dkt. 34.)

28

1    11. ██████████████████████████████████
2    ████████████████████████████████████
3    ████████████████████████████████████
4    ████████████████████████████████████
5    ██████████████████████████████████████
6    ██████████████████████████████████
7    ████████████████████████████████████
8    ██████████████████████████████████████
9    ██████████████████
10   12. ██████████████████████████████████
11   ████████████████████████████████████
12   ██████████████████████████████
13   ████████████████████████████████
14   ████████████████████████████████████
15   ██████████████████████████████████
16   ████████████████████████████████
17   ██████████████████████████████████████
18   ██████████████████████████████████
19   ██████████████████████████████████████
20   ██████████████████████████████████████
21   ████████████████████████████████████
22   ██████████████████████████████
23   13. ████████████████████████████████
24   ████████████████████████████████████
25   ██████████████████████████████████████
26   ████████████████████████████████████
27   ████████████████████████████████
28   ██████████████████████████████

4

1 ███████████████████████████████████████████

2 ███████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 █████████████████████████████████████████████

6 ██████████████████████████████████████

7 ████████████████████████████████████████████

8 ██

9     14.   ████████████████████████████████

10 █████████████████████████████████████████████

11 ████████████████████████████████████████████

12 ██████████████

13     15.  Additionally, on February 21, 2023, one of the attorneys

14 for the government began trial before the Honorable John F. Walter

15 in United States v. Raymond Chan, No. 2:20-cr-00326(A)-JFW-2.

16 After several weeks of trial, Judge Walter on March 6, 2023

17 recessed the trial three weeks to March 27, 2023 absent further

18 court order.  Once it resumes, trial is estimated to continue for

19 one to two weeks.

20     16.  Therefore, in the interest of justice, the parties

21 respectfully request that the Court continue Paradis' sentencing to

22 June 27, 2023 ████████████████████████████████

23 █████████████████████████████████████████████

24 ████████████████████████████████████████████

25 ███████████████████████████████████████████

26 ████████████

27     17.  The parties therefore respectfully request that the

28 sentencing hearing be continued from April 25, 2023 at 8:00 a.m. to

1  June 27, 2023 at 8:00 a.m.

2       18.   This is the parties' third and <u>final</u> request for a

3  continuance of Paradis' sentencing.

4

5       IT IS SO STIPULATED.

6  Dated:  March 8, 2023          Respectfully submitted,

7                                 E. MARTIN ESTRADA

8                                 United States Attorney

9                                 MACK E. JENKINS

10                                Assistant United States Attorney
                                  Chief, Criminal Division

11                                       /s/

12                                _____
                                  J. JAMARI BUXTON

13                                SUSAN S. HAR
                                  Assistant United States Attorney

14
                                  Attorneys for Plaintiff

15                                UNITED STATES OF AMERICA

16

17  Dated:  March 8, 2023         WINSTON & STRAWN LLP

18
                                     *e-signature authorization*

19                                _____

20                                DAVID C. SCHEPER
                                  JEFFREY L. STEINFELD

21                                Attorneys for Defendant
                                  PAUL O. PARADIS

22

23

24

25

26

27

28


                                  6