UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 21-00540-SB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING |
| v. | |
| PAUL O. PARADIS, | |
| Defendant. | |

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SENTENCING HEARING

The Court having considered the parties' Stipulation to Continue Sentencing Hearing, and finding good cause therefore:

IT IS HEREBY ORDERED THAT Defendant Paul O. Paradis' sentencing hearing is continued from April 25, 2023 at 8:00 a.m. to June 27, 2023 at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: _____
Hon. Stanley Blumenfeld, Jr.
United States District Judge