E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-3519/3289
    Facsimile:   (213) 894-0141
    E-mail:      Jamari.Buxton@usdoj.gov
                   Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>PAUL O. PARADIS,<br><br>        Defendant. | No. CR 21-540-SB<br><br><u>JOINT APPLICATION FOR ORDER SEALING PARTIES' SENTENCING POSITION PAPERS FOR DEFENDANT; DECLARATION OF J. JAMARI BUXTON</u><br><br>Hearing Date:  June 27, 2023<br>Hearing Time:  8:00 a.m.<br>Location:        Courtroom of the Hon. Stanley Blumenfeld Jr. |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Susan S. Har, and defendant Paul O. Paradis, both individually and by and through his counsel of record, David C. Scheper and Jeffrey L. Steinfeld, hereby jointly stipulate and apply for an order to seal the parties' respective sentencing position papers for defendant.

//

//

This stipulated application is based upon the accompanying declaration, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: June 13, 2023                     Respectfully submitted,

                                               E. MARTIN ESTRADA
                                               United States Attorney

                                               MACK E. JENKINS
                                               Assistant United States Attorney
                                               Chief, Criminal Division

                                                     /s/
                                               J. JAMARI BUXTON
                                               SUSAN S. HAR
                                               Assistant United States Attorneys

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

Dated: June 13, 2023                        /s/ per email authorization
                                               DAVID C. SCHEPER
                                               JEFFREY L. STEINFELD
                                               Attorneys for Defendant
                                               Paul O. Paradis

**DECLARATION OF J. JAMARI BUXTON**

I, J. Jamari Buxton, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of <u>United States v. Paul O. Paradis</u>, 21-CR-540-SB. This declaration is based on my own personal knowledge, my review of the files and records in this case, my discussion with defense counsel, David C. Scheper and Jeffrey L. Steinfeld, and information provided to me by them.

2. On January 28, 2022, defendant entered his guilty plea in this matter (Dkt. No. 20), pursuant to the cooperation plea agreement filed in this case (Dkt. No. 6).

3. The sentencing hearing for defendant is set for June 27, 2023. (Dkt. No. 38.) Under the Court's Criminal Standing Order, the parties' sentencing memoranda are to be filed at least 14 days before the sentencing hearing, or by June 13, 2023. (Dkt. No. 17 at 11.)

4. As required by defendant's cooperation plea agreement, and as detailed in prior under-seal stipulations to continue the sentencing hearing (Dkt. Nos. 27, 31, 35), defendant's cooperation has been ongoing.

5. By this application, the parties jointly seek an order by this Court to seal their respective sentencing memoranda, and related exhibits, pertaining to confidential information regarding the federal criminal investigation, the investigation by another prosecuting authority, personal identifying information, sensitive and private information about defendant's personal health issues and financial situation, and non-public, sensitive and confidential information provided to the defense in discovery (the "Confidential Information").

6. In its sentencing memorandum, the government describes the details of defendant's cooperation in the underlying federal criminal investigation. The details set forth in the government's sentencing memorandum are confidential and sensitive and

include non-public facts that, if made public, would reveal certain means and methods of the FBI's investigation.  The government also believes that, if made public, the information could very likely cause undue personal and professional harm to the named individuals.

7. Additionally, both the government and defense describe in their respective sentencing memoranda the details of defendant's cooperation in the confidential and ongoing investigation by another prosecuting authority, which the parties have identified in previous filings.  The government will further attach as an exhibit a confidential declaration by the other prosecuting authority describing its investigation and the nature and extent of defendant's cooperation with that investigation.  Public disclosure of this information would likely jeopardize the ongoing investigation.  The government also believes that, if made public, the information could very likely cause undue personal and professional harm to the named individuals.

8. The defense's sentencing memoranda, exhibits, and objection to the presentencing report ("PSR") contain private, confidential personal identifying information, sensitive and private information about defendant's personal health issues.  The defense's sentencing memoranda and exhibits also contain relevant, non-public financial information and sensitive, non-public, confidential documents provided to the defense in discovery.  In producing these documents in discovery, the government requested that should the defendant seek to describe, reference, or disclose any sentencing discovery in any filing in this matter, the defendant shall file any copy or portion thereof of the sentencing discovery, including the defendant's sentencing papers provisionally under seal.  The defendant agreed to these terms and is agreeing to file any such documents under seal at the government's request.  Similarly, the State Bar of California, and Class Counsel in the *Bradshaw* action have requested that certain exhibits and particular references thereto be filed under seal, and the defendant has agreed to do so in the first instance.

2

9.      Accordingly, the parties respectfully request that unredacted versions of their sentencing memoranda and exhibits relating to the Confidential Information be placed under seal.  To protect the public's accessibility to court documents, the parties will file public versions of their sentencing positions with redactions of the Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles County, California, on June 13, 2023.

/s/
J. JAMARI BUXTON
Assistant United States Attorney