United States v. Paul O. Paradis,
Case No. 2:21-cr-00540-SB
Sentencing Memorandum of Paul O. Paradis

# Exhibit G

## Declaration of Filippo Marchino (*Bradshaw* Class Counsel) In Support of Paradis' Sentencing

## UNDER SEAL