*United States v. Paul O. Paradis,*
Case No. 2:21-cr-00540-SB
Reply Brief In Support Of
Paul O. Paradis' Sentencing Position

# Exhibit R-02



## UNDER SEAL