Exhibit 2

| | |
|---|---|
| **From:** | Kwok, Stephen |
| **To:** | Paul Paradis |
| **Subject:** | Fwd: Request for Aventador time for ITS |
| **Date:** | Friday, September 28, 2018 12:31:48 PM |

FYI.

---

**From:** "Carr, Louis" <Louis.Carr@ladwp.com>
**Subject:** Request for Aventador time for ITS
**Date:** 28 September 2018 12:22
**To:** "Wright, David" <David.Wright@ladwp.com>
**Cc:** "Kwok, Stephen" <Stephen.Kwok@ladwp.com>, "Alexander, David" <David.Alexander@ladwp.com>

Dave, thank you for engaging with Aventador to assist us. It has been very eyeopening to me and my staff.

My "ask" of you is that we might be able to expand their engagement to help me (ITS) with a few needs. A general scope could include (1) training on secure coding techniques for my programmers and (2) assistance with our network assessment in support of distribution automation which has already kicked off. I'm probably missing an item or two, but I believe a few weeks of their time (properly scoped out) would be very helpful to me.

I'm just planting a seed, hoping that you'll have time to discuss this with me in more detail sometime before the holiday season.

Thank you for all your support,


Louis Carr

-------------------------Confidentiality Notice------------------------- This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.
-------------------------Confidentiality Notice------------------------- This electronic message transmission contains information from the Los Angeles Department of Water and Power, which may be confidential. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message and any attachment without reading or saving in any manner.