UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL O. PARADIS,<br><br>Defendant. | No. 2:21-cr-00540-SB-1<br><br>ORDER RE: MOVANT WILLIAM FUNDERBURK'S MOTION FOR PERMISSION TO INTERVENE AND MOTION TO STRIKE |

    The Court has read and considered the Stipulation Regarding Movant William Funderburk's Motion for Permission to Intervene and Motion to Strike, filed by the government and Funderburk in this matter on July 10, 2023.  Dkt. No. 72.

    FOR GOOD CAUSE SHOWN:

    1.    The Clerk is directed to seal the government's sentencing memorandum filed on June 13, 2023 at Dkt. No. 42.

    2.    Within two days of the issuance of this Order, the government shall re-file its public sentencing memorandum with the parties' additional, agreed-upon redactions.

    3.    Funderburk's motions at Dkt. Nos. 64 and 65 are DENIED as moot.  The Clerk is directed to seal those motions.

    4.    The hearing currently scheduled for July 18, 2023 at 8:30 a.m. on this matter is vacated as moot.

    IT IS SO ORDERED.

July 11, 2023
DATE

Stanley Blumenfeld Jr.
United States District Judge