```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3519/3289
     Facsimile:  (213) 894-0141
     E-mail:     Jamari.Buxton@usdoj.gov
                 Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-540-SB |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE AN APPLICATION FOR PROTECTIVE ORDER; DECLARATION OF SUSAN S. HAR |
| v. | |
| PAUL O. PARADIS, | |
| Defendant. | |
| | [Proposed Order Filed Concurrently] |
| | Hearing Date:  N/A<br>Hearing Time:  N/A<br>Location:      N/A |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys J. Jamari Buxton and Susan S. Har, hereby applies ex parte for leave to file an application seeking a protective order in this case.  Defendant objects to this application.

//

//

//

//

This ex parte application is based upon the accompanying declaration, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: August 18, 2023

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

 */s/ Susan Har*
SUSAN HAR
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1.  I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of <u>United States v. Paul O. Paradis</u>, 21-CR-540-SB.

2.  On May 5, 2023 and May 10, 2023, the government provided to defendant Paradis approximately 1,500 pages of sensitive and confidential discovery items requested by Paradis, including sealed search warrants, a list of covert recordings made by Paradis, and FBI interview reports, to be used solely in connection with Paradis' sentencing in this criminal matter (the "Sentencing Discovery"). As a condition to the government's production, Paradis agreed in writing to specific use parameters governing the Sentencing Discovery. Among other things, Paradis and his counsel agreed that they "shall not use, or facilitate any other person using, the Sentencing Discovery in any other case or matter, whether pending or arising in the future."

3.  Through this application, the government now seeks leave from the Court to file an application seeking a protective order covering the Sentencing Discovery to enforce the parties' previous written agreement. The government's need to obtain such a protective order clearly arose on August 9, 2023 when Paradis and the plaintiff in <u>Dennis Bradshaw v. City of Los Angeles</u>, Case No. 2:19-CV-06661-VAP (the "Bradshaw Case"), jointly filed a stipulation urging the court in that case to compel Paradis to produce the Sentencing Discovery that the government had provided to Paradis for the limited purpose of Paradis' criminal sentencing. In the Bradshaw Case, Paradis submitted a declaration in support of the motion to compel himself, notwithstanding his previous agreement with the government not to disseminate the Sentencing Discovery and to use the materials solely for sentencing in this criminal matter. Counsel for the plaintiff in the Bradshaw Case, Filippo Marchino, has previously provided declarations in support of Paradis' sentencing. (Dkt. Nos. 46, 71.)

4.  On August 16 and 17, 2023, I advised defense counsel via email of the

government's proposed application and requested the defense's position.  On August 17, 2023, Mr. Steinfeld indicated that the defense would not join in the government's request for leave to seek a protective order because the defense did not believe such a protective order is necessary.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on August 18, 2023.

SUSAN S. HAR
Assistant United States Attorney

2