1
2
3
4

UNITED STATES DISTRICT COURT

5

FOR THE CENTRAL DISTRICT OF CALIFORNIA

6

UNITED STATES OF AMERICA,

7

Plaintiff,

8

v.

9

PAUL O. PARADIS,

10

Defendant.

Case No. 2:21-cr-00540-SB

ORDER SEALING APPLICATION FOR
ORDER ALLOWING DISCLOSURE OF
SPECIFIED GRAND JURY MATERIALS
AND FOR PROTECTIVE ORDER AND
SUPPORTING DECLARATIONS

11
12
13

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's application for an order sealing the government's <u>ex parte</u>

14
15

application for an order allowing disclosure of specified grand jury materials and for a

16

protective order, and the supporting declarations, is GRANTED.  The documents sought

17

to be filed under seal shall be filed under seal.  The government may produce the

18

underlying documents to the Office of Chief Trial Counsel for the State Bar of California

19

and as permitted or required by applicable law.

20

Dated:  September 15, 2023

21
22

Stanley Blumenfeld, Jr.
United States District Judge

23
24
25
26
27
28