E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
J. JAMARI BUXTON (Cal. Bar No. 342364)
SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorneys
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-3519/3289
    Facsimile:    (213) 894-0141
    E-mail:       Jamari.Buxton@usdoj.gov
                  Susan.Har@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 21-540-SB |
|---|---|
| Plaintiff, | JOINT STIPULATION FOR PROTECTIVE ORDER; PROPOSED ORDER |
| v. | |
| PAUL O. PARADIS, | |
| Defendant. | |

Plaintiff, United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Susan S. Har and J. Jamari Buxton, and defendant Paul O. Paradis ("defendant"), by and through his counsel of record David C. Scheper and Jeffrey L. Steinfeld, hereby jointly submit this revised proposed protective order limiting the use and dissemination of the criminal sentencing discovery provided to defendant.

//
//
//
//

During the hearing on September 26, 2023, the Court provided the parties with guidance and instructions on how to revise the proposed protective order. Following multiple meet-and-confer discussions, the parties agreed to the revised proposed protective order attached hereto and now respectfully request the Court to issue the revised protective order.

Dated: October 3, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

 /s/
SUSAN S. HAR
J. JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 3, 2023

 /s/ via email authorization
JEFFREY L. STEINFELD
DAVID C. SCHEPER
Attorneys for Defendant
PAUL O. PARADIS